PETER JENSEN, Respondent, *v.* CAULDWELL WINGATE COMPANY, Appellant.

*Jensen* v. *Cauldwell Wingate Co.*, 171 App. Div. 948, affirmed.
(Argued February 7, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. The plaintiff was injured while working upon a building under construction by the defendant, a general contractor. He was employed by a subcontractor, the Atlantic Terra Cotta Company, as an expert fitter of terra cotta, it being his duty to assist and advise the employees of the defendant, who were engaged in setting the terra cotta furnished by the terra cotta company. He was injured by the fall of a plank upon which he attempted to walk from the second floor of the building under construction to a platform bridge erected over the sidewalk. It was alleged that the plank was furnished by

the defendant for the use of its employees and the plaintiff as a runway to pass to and fro from the bridge to the second floor of the building.

*William Dike Reed, William B. Shelton* and *Leondias Dennis* for appellant.

*Thomas D. Thacher* and *Adrian L. Foley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.